B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Poulos, Suzanne M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Poulos, Michael D** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0294** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1369** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1416 Hinman Avenue**<br>**Unit 9/10**<br>**Evanston, IL**                    ZIP Code **60201-5310** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1416 Hinman Avenue**<br>**Unit 9/10**<br>**Evanston, IL**                    ZIP Code **60201-5310** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Poulos, Suzanne M** **Poulos, Michael D** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ EUGENE CRANE                    July 29, 2011** Signature of Attorney for Debtor(s)         (Date) **EUGENE CRANE** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Poulos, Suzanne M**
**Poulos, Michael D**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Suzanne M Poulos**
Signature of Debtor **Suzanne M Poulos**

X **/s/ Michael D Poulos**
Signature of Joint Debtor **Michael D Poulos**

Telephone Number (If not represented by attorney)

**July 29, 2011**
Date

### Signature of Attorney*

X **/s/ EUGENE CRANE**
Signature of Attorney for Debtor(s)

**EUGENE CRANE 0537039**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**July 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Suzanne M Poulos**  **Michael D Poulos**  Case No. _____

Debtor(s)  Chapter  **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Suzanne M Poulos**
                           **Suzanne M Poulos**

Date:    **July 29, 2011**

Certificate Number: 06531-ILN-CC-015548306



06531-ILN-CC-015548306

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 25, 2011</u>, at <u>1:14</u> o'clock <u>AM CDT</u>, <u>Suzanne M Poulos</u> received from <u>Allen Credit and Debt Counseling Agency</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>July 25, 2011</u>          By:    <u>/s/Stephanie Kjetland</u>

 

                                           Name:  <u>Stephanie Kjetland</u>

 

                                           Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Suzanne M Poulos**
       **Michael D Poulos**
                                        Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael D Poulos**
                                **Michael D Poulos**

Date:   **July 29, 2011**

        

Certificate Number: 06531-ILN-CC-015548307



06531-ILN-CC-015548307

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 25, 2011</u>, at <u>1:14</u> o'clock <u>AM CDT</u>, <u>Michael D Poulos</u> received from <u>Allen Credit and Debt Counseling Agency</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 25, 2011</u>          By:    <u>/s/Stephanie Kjetland</u>

Name:  <u>Stephanie Kjetland</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Suzanne M Poulos,**
      **Michael D Poulos**,

Case No. _____

Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 445,800.00 | | |
| B - Personal Property | Yes | 4 | 161,990.86 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 851,661.49 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 9,720.66 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 354,365.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 9,328.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,782.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 607,790.86 | | |
| Total Liabilities | | | | 1,215,747.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Suzanne M Poulos,**
       **Michael D Poulos**

Case No. _____

                                            ,
                                    Debtors

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6A (Official Form 6A) (12/07)

.

In re    **Suzanne M Poulos,**                                          Case No. _____
         **Michael D Poulos**

                                                                     ,
                                     Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1416 Hinman Avenue Unit 9, Evanston IL 60201-5310** <br>**This unit is occupied together with Unit 10 as a single residence.** <br>**Valued per Zillow which is consistent with recent sales in the building.** <br>**(This property was originally purchased for investment.)** | **Fee Simple** | H | 244,400.00 | 399,356.96 |
| **1416 Hinman Avenue Unit 10, Evanston IL 60201-5310** <br>**This unit is occupied together with Unit 9 as a single residence.** <br>**Valued per Zillow which is consistent with recent sales in the building.** | **Fee Simple-Tenants by the Entireties** | J | 201,400.00 | 308,376.17 |

|  | Sub-Total > | 445,800.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 445,800.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Suzanne M Poulos,**                                    Case No. _____
         **Michael D Poulos**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand** | J | 2.00 |
| | | **1921 $1 coin. Valuation per e-bay bids on similar coins.** | J | 36.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account First Bank & Trust** | J | 1.00 |
| | | **Checking Account Chase** | W | 1.00 |
| | | **Checking Account Chase** | H | 1.00 |
| | | **Checking Account Harris Bank** | J | 1.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Home furnishings, kitchen appliances, cooking and eating utensils at debtors' residence. Almost all furniture acquired used. No collectible pieces. Appliances are all old.** | J | 4,335.00 |
| | | **Silverware, china, crystral, and serving pieces; Danish plates.** | J | 2,134.00 |
| | | **Hot tub and umbrella (located on 3rd floor deck). Valued per appraisal.** | J | 190.00 |
| | | **Household Goods and Furnishings: Electronics** | J | 1,837.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family pictures by relatives with no established market.** | J | 784.00 |
| | | **Books, Pictures and Other Art Objects; Collectibles** | J | 686.00 |
| | | **Compact Disks** | J | 236.00 |

Sub-Total >          **10,244.00**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Suzanne M Poulos,**
**Michael D Poulos,**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6.  Wearing apparel. | | **All wearing apparel, bible, school books, and family pictures of the debtors; jewelry, costume jewelry, watches, and accessories purchased as wearing apparel and not as investments.** | **J** | **2,853.00** |
| 7.  Furs and jewelry. | | **No furs. No collectible or high value jewelry or jewelry acquired for investment. See wearing apparel for other jewelry.** | **J** | **0.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Scuba gear, cross country skis, sailing gear** | **J** | **270.00** |
| | | **Fujifilm point and shoot camera.** | **J** | **35.00** |
| | | **Minolta 35 mm camera and lenses.** | **J** | **199.00** |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AVIVA Life policy on wife, husband beneficiary. Cash value net of loan is $59.88.** | **W** | **60.00** |
| | | **Sentry Life Insurance policy on wife, husband beneficiary, Cash value is $2,557.50. Loan amount is $2,298.82. Cash value is** | **W** | **259.00** |
| | | **Lincoln National Life policy on wife, husband beneficiary, Surrender value $1,643.34** | **W** | **1,643.00** |
| | | **Three ITT Life policies on husband, wife beneficiary. Cash surrender value as follows: Policy 101 LU2502039, $0.00 Policy 101 LU2503003, $1,891.57 Policy 101 LU2502393, $0.00** | **H** | **1,892.00** |
| 10.  Annuities. Itemize and name each issuer. | **X** | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Michael D. Poulos, P.C.401(k) Plan** | **W** | **42,800.07** |
| | | **Michael D. Poulos, P.C.401(k) Plan** | **H** | **43,471.79** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Michael D. Poulos, P.C.** | **H** | **0.00** |
| | | **Lawyers Software Cooperative, LLC** | **H** | **0.00** |

Sub-Total >        **93,482.86**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Suzanne M Poulos,**                                                    Case No. _____
    **Michael D Poulos**

_____,
                      Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Title Insurance National Information Exchange, LLC** | **H** | **0.00** |
| | | **Radio Earth International, Inc.** | **J** | **0.00** |
| | | **Poulos Management Corporation** | **J** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Harris, N.A. for consumer fraud arising out of misrepresentations concerning an ARC loan application. This claim is disputed by Harris, N.A. and is the subject of litigation. Its value cannot be determined except by the court hearing the case.  Counterclaim in Harris suit not allowed by Court in Harris suit.** | **J** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Musical compositions with no marketable value** | **H** | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Suzanne M Poulos,**                                           Case No. _____
         **Michael D Poulos,**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Porsche 911 (Michael D. Poulos, P.C. owns 2 other vehicles, a 1993 Volkswagen and a 1984 Volkswagen. The Corrado is titled in the debtor's names individually, but is owned and was paid for by the corporation. The Scirocco is inoperable. The Corrado is in poor condition.).** | J | 56,000.00 |
| 26. Boats, motors, and accessories. | | **Sunfish located at parent's home in Teal Lake, Wisconsin This boat was made in the 1970's and purchased used in the 1980's for about $300.** | J | 280.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **2 trumpets, electric keyboard, music, and accessories.** | J | 1,984.00 |
| | | **Frequent flier miles.** | J | 0.00 |

|  |  |
|---|---|
| Sub-Total > | 58,264.00 |
| (Total of this page) | |
| Total > | 161,990.86 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Suzanne M Poulos,**
        **Michael D Poulos,**

Case No. _____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1416 Hinman Avenue Unit 9, Evanston IL 60201-5310** **This unit is occupied together with Unit 10 as a single residence.** **Valued per Zillow which is consistent with recent sales in the building.** **(This property was originally purchased for investment.)** | **735 ILCS 5/12-901** | **15,000.00** | **244,400.00** |
| **1416 Hinman Avenue Unit 10, Evanston IL 60201-5310** **This unit is occupied together with Unit 9 as a single residence.** **Valued per Zillow which is consistent with recent sales in the building.** | **735 ILCS 5/12-901** | **15,000.00** | **201,400.00** |
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **2.00** | **2.00** |
| **1921 $1 coin. Valuation per e-bay bids on similar coins.** | **735 ILCS 5/12-1001(b)** | **36.00** | **36.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account First Bank & Trust** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Checking Account Chase** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Checking Account Chase** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Checking Account Harris Bank** | **735 ILCS 5/12-1001(b)** | **1.00** | **1.00** |
| **Household Goods and Furnishings** | | | |
| **Home furnishings, kitchen appliances, cooking and eating utensils at debtors' residence. Almost all furniture acquired used. No collectible pieces. Appliances are all old.** | **735 ILCS 5/12-1001(b)** | **1,053.40** | **4,335.00** |
| **Silverware, china, crystral, and serving pieces; Danish plates.** | **735 ILCS 5/12-1001(b)** | **2,134.00** | **2,134.00** |
| **Household Goods and Furnishings: Electronics** | **735 ILCS 5/12-1001(b)** | **915.00** | **1,837.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family pictures by relatives with no established market.** | **735 ILCS 5/12-1001(a)** | **784.00** | **784.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | **735 ILCS 5/12-1001(b)** | **686.00** | **686.00** |
| **Compact Disks** | **735 ILCS 5/12-1001(b)** | **236.00** | **236.00** |

___2___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Suzanne M Poulos,**
　　　　**Michael D Poulos,**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wearing Apparel** | | | |
| All wearing apparel, bible, school books, and family pictures of the debtors; jewelry, costume jewelry, watches, and accessories purchased as wearing apparel and not as investments. | 735 ILCS 5/12-1001(a) | 2,853.00 | 2,853.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Scuba gear, cross country skis, sailing gear | 735 ILCS 5/12-1001(b) | 30.00 | 270.00 |
| Fujifilm point and shoot camera. | 735 ILCS 5/12-1001(b) | 35.00 | 35.00 |
| **Interests in Insurance Policies** | | | |
| AVIVA Life policy on wife, husband beneficiary. Cash value net of loan is $59.88. | 735 ILCS 5/12-1001(f) | 60.00 | 60.00 |
| Sentry Life Insurance policy on wife, husband beneficiary, Cash value is $2,557.50. Loan amount is $2,298.82. Cash value is | 735 ILCS 5/12-1001(f) | 259.00 | 259.00 |
| Lincoln National Life policy on wife, husband beneficiary, Surrender value $1,643.34 | 735 ILCS 5/12-1001(f) | 1,643.00 | 1,643.00 |
| Three ITT Life policies on husband, wife beneficiary. Cash surrender value as follows: Policy 101 LU2502039, $0.00 Policy 101 LU2503003, $1,891.57 Policy 101 LU2502393, $0.00 | 735 ILCS 5/12-1001(f) | 1,892.00 | 1,892.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Michael D. Poulos, P.C.401(k) Plan | 735 ILCS 5/12-1006 | 1,414.24 | 42,800.07 |
| Michael D. Poulos, P.C.401(k) Plan | 735 ILCS 5/12-1006 | 1,612.66 | 43,471.79 |
| **Stock and Interests in Businesses** | | | |
| Michael D. Poulos, P.C. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Lawyers Software Cooperative, LLC | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Title Insurance National Information Exchange, LLC | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Radio Earth International, Inc. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Poulos Management Corporation | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Patents, Copyrights and Other Intellectual Property** | | | |
| Musical compositions with no marketable value | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Suzanne M Poulos,**
  **Michael D Poulos**

Case No. _____

,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Porsche 911** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **56,000.00** |
| **(Michael D. Poulos, P.C. owns 2 other vehicles,** | **735 ILCS 5/12-1001(b)** | **2,868.60** | |
| **a 1993 Volkswagen and a 1984 Volkswagen.** | **735 ILCS 5/12-1001(c)** | **2,400.00** | |
| **The Corrado is titled in the debtor's names** | | | |
| **individually, but is owned and was paid for by** | | | |
| **the corporation. The Scirocco is inoperable.** | | | |
| **The Corrado is in poor condition.).** | | | |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **2 trumpets, electric keyboard, music, and** | **735 ILCS 5/12-1001(d)** | **1,984.00** | **1,984.00** |
| **accessories.** | | | |
| | | | |
| **Frequent flier miles.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |

|  | Total: | **55,301.90** | **607,121.86** |
|---|---|---|---|

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Suzanne M Poulos,**
**Michael D Poulos**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**1416 Hinman Ave. Condominium Assoc.**<br>**c/o Elizabeth Silverstein**<br>**1416 Hinman Avenue**<br>**Evanston, IL 60201** | | | J | **10/2008 to present**<br>**Condominium lien of assessment**<br>**1416 Hinman Avenue Unit 10, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 9 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.** | | | | | |
| | | | | Value $          **201,400.00** | | | | 16,304.29 | 16,304.29 |
| Account No.<br><br>**1416 Hinman Ave. Condominium Assoc.**<br>**c/o Elizabeth Silverstein**<br>**1416 Hinman Avenue**<br>**Evanston, IL 60201** | | | J | **11/2009 to present**<br>**Condominium lien of assessment**<br>**1416 Hinman Avenue Unit 10, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 10 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.** | | | | | |
| | | | | Value $          **244,400.00** | | | | 1,742.96 | 0.00 |
| Account No. **xxxxx9169**<br><br>**BAC Home Loans Servicing**<br>**450 American St**<br>**Simi Valley, CA 93065** | | | H | **7/2005**<br>**Mortgage - partially for business purposes**<br>**1416 Hinman Avenue Unit 9, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 10 as a single residence.**<br>**Valued per Zillow which is consistent** | | | | | |
| | | | | Value $          **244,400.00** | | | | 358,919.00 | 114,519.00 |
| Account No. **xxxxxx2925**<br><br>**GMAC Mtg**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702-5345** | | | H | **Opened 7/01/05 Last Active 4/01/10**<br>**Second Mortgage for business purposes**<br>**1416 Hinman Avenue Unit 9, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 10 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.** | | | | | |
| | | | | Value $          **244,400.00** | | | | 38,695.00 | 38,695.00 |

___**3**___ continuation sheets attached

Subtotal
(Total of this page)

415,661.25 | 169,518.29

B6D (Official Form 6D) (12/07) - Cont.

In re  **Suzanne M Poulos,**                                           Case No. _____
       **Michael D Poulos**
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx1996**<br><br>**Harris N.A.**<br>**P.O. Box 94034**<br>**Palatine, IL 60094** | J | | **9/2002**<br>**Second Mortgage for business purposes**<br>**1416 Hinman Avenue Unit 10, Evanston**<br>**IL 60201-5310**<br>**This unit is occupied together with Unit**<br>**9 as a single residence.**<br>**Valued per Zillow which is consistent**<br>**with recent sales in the building.** | | | X | | |
| | | | Value $                201,400.00 | | | | 29,972.88 | 29,972.88 |
| Account No. **SMP 1**<br><br>**Michael D. Poulos, P.C. 401(k) Plan**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | W | | **3/20/2007 60% for business purposes**<br><br>**Lien on 401(k) participant balance**<br><br>**Michael D. Poulos, P.C.401(k) Plan** | | | | | |
| | | | Value $                42,800.07 | | | | 22,962.50 | 0.00 |
| Account No. **SMP 3**<br><br>**Michael D. Poulos, P.C. 401(k) Plan**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | W | | **8/28/2009 for business purposes**<br><br>**Lien on 401(k) participant balance**<br><br>**Michael D. Poulos, P.C. 401(k) Plan** | | | | | |
| | | | Value $                42,800.07 | | | | 6,330.60 | 0.00 |
| Account No. **SMP 4**<br><br>**Michael D. Poulos, P.C. 401(k) Plan**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | W | | **10/30/2009 for business purposes**<br><br>**Lien on 401(k) participant balance**<br><br>**Michael D. Poulos, P.C. 401(k) Plan** | | | | | |
| | | | Value $                42,800.07 | | | | 5,238.12 | 0.00 |
| Account No. **SMP 5**<br><br>**Michael D. Poulos, P.C. 401(k) Plan**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | W | | **12/31/2009 for business purposes**<br><br>**Lien on 401(k) participant balance**<br><br>**Michael D. Poulos, P.C. 401(k) Plan** | | | | | |
| | | | Value $                42,800.07 | | | | 1,042.66 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 65,546.76 | 29,972.88 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Suzanne M Poulos,**          Case No. _____
**Michael D Poulos**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **MDP 1** <br><br> **Michael D. Poulos, P.C. 401(k) Plan** <br> **1724 Sherman Avenue** <br> **Evanston, IL 60201** | | H | **3/20/2007 for business purposes** <br><br> **Lien on 401(k) participant balance** <br><br> **Michael D. Poulos, P.C.401(k) Plan** <br><br> Value $          **43,471.79** | | | | **20,276.39** | **0.00** |
| Account No. **MDP 2** <br><br> **Michael D. Poulos, P.C. 401(k) Plan** <br> **1724 Sherman Avenue** <br> **Evanston, IL 60201** | | H | **Lien on 401(k) participant balance** <br><br> **Michael D. Poulos, P.C.401(k) Plan** <br><br> Value $          **43,471.79** | | | | **10,038.83** | **0.00** |
| Account No. **MDP 3** <br><br> **Michael D. Poulos, P.C. 401(k) Plan** <br> **1724 Sherman Avenue** <br> **Evanston, IL 60201** | | H | **Lien on 401(k) participant balance** <br><br> **Michael D. Poulos, P.C.401(k) Plan** <br><br> Value $          **43,471.79** | | | | **6,330.60** | **0.00** |
| Account No. **MDP 4** <br><br> **Michael D. Poulos, P.C. 401(k) Plan** <br> **1724 Sherman Avenue** <br> **Evanston, IL 60201** | | H | **Lien on 401(k) participant balance** <br><br> **Michael D. Poulos, P.C.401(k) Plan** <br><br> Value $          **43,471.79** | | | | **5,213.31** | **0.00** |
| Account No. **SMP 2** <br><br> **Michael D. Poulos, P.C. 401(k) Plan** <br> **1724 Sherman Avenue** <br> **Evanston, IL 60201** | | W | **7/27/2009 for business purposes** <br><br> **Lien on 401(k) participant balance** <br><br> **Michael D. Poulos, P.C.401(k) Plan** <br><br> Value $          **42,800.07** | | | | **5,811.95** | **0.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached to          Subtotal          **47,671.08**          **0.00**
Schedule of Creditors Holding Secured Claims                    (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Suzanne M Poulos,**
         **Michael D Poulos,**

Case No. _____

_____,
                                          Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx3726** | | | Opened 4/29/08 | | | | | |
| **Porsche Financial Srvc** **4343 Commerce Ct Ste 214** **Lisle, IL 60532** | | J | Automobile lien  Automobile | | | | | |
| | | | Value $                  **56,000.00** | | | | **48,331.40** | **0.00** |
| Account No. **xxxxxxxx3059** | | | Opened  9/10/02  Last Active  3/01/09 Mortgage partially for business purposes | | | | | |
| **Quantum Servicing Corp** **2 Corporate Dr** **Shelton, CT 06484** | | J | 1416 Hinman Avenue Unit 10, Evanston IL 60201-5310 This unit is occupied together with Unit 9 as a single residence. Valued per Zillow which is consistent | | | X | | |
| | | | Value $                **201,400.00** | | | | **262,099.00** | **60,099.00** |
| Account No. **xxxxxxxxxxx7279** | | | Opened  8/22/08  Last Active  6/11 | | | | | |
| **Springleaf Financial Services** **2 Crystal Lake Plaza** **Suite B** **Crystal Lake, IL 60014** | | J | Purchase Money Security  Charge account used for purchase of consumer goods | | | | | |
| | | | Value $                     **190.00** | | | | **12,352.00** | **11,212.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**3**___ of _**3**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **322,782.40** | **71,311.00**

Total
(Report on Summary of Schedules) | **851,661.49** | **270,802.17**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **Suzanne M Poulos,**
       **Michael D Poulos,**
                                                                      Case No. _____

_____
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___  continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Suzanne M Poulos,**
**Michael D Poulos,**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-1369** | | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0337** | | J | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. **xxx-xx-1369** | | | | | 12/31/2006 and 121/31/2007 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114** | | J | | | Income taxes due following disallowance of a credit. Installment plan in place at $50 per month. Payments are current. | | | | | 0.00 |
| | | | | | | | | | 2,161.66 | 2,161.66 |
| Account No. **xx-xxx3882** | | | | | 12/31/2007 | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114** | X | J | | | Personal liability of payroll taxes for 4th Quarter 2007. Installment plan in place at $175 per month. Payments are current. | | | | | 0.00 |
| | | | | | | | | | 7,559.00 | 7,559.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 9,720.66 | 9,720.66 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 9,720.66 | 9,720.66 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Suzanne M Poulos,**    Case No. _____
**Michael D Poulos**
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxx0713<br><br>**Amex**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 3001**<br>**Malvern, PA 19355** | | H | | | **Opened before 1/1/99 Closed 1/17/10**<br>**Credit card used for personal expenses** | | | | 3,676.00 |
| Account No. xxxx-xxxxxx-x2003<br><br>**Amex Business Capital Line**<br>**P. O. Box 981535**<br>**El Paso, TX 79998-1535** | | H | | | **Open 6/15/99 Closed 1/19/10**<br>**Line of credit used for business expenses of**<br>**Michael D. Poulos, P.C.** | | | | 24,812.00 |
| Account No. xxxxxxxxxxxxxxx xxxxxxx2616<br><br>**Amex c/o Blitt & Gaines, P.C.**<br>**Attn: Bankruptcy 661 Glenn Ave**<br>**Wheeling, IL 60090** | | H | | | **Opened  3/01/94  Last Active  1/19/10**<br>**Credit card used for business expenses of**<br>**Michael D. Poulos, P.C.** | | | | 4,758.00 |
| Account No. xxx. xx. xxx608F<br><br>**B.J.R. Systems**<br>**28839 N. Nagel Court, Unit 2**<br>**Lake Bluff, IL 60044** | | J | | | **April, 2008**<br>**Installation of wiring for business internet**<br>**service at home** | | | | 1,011.00 |
| **_6_** continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 34,257.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suzanne M Poulos,**
      **Michael D Poulos**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0904**<br><br>**Bank of America**<br>**Attn:: NC4-105-03-14**<br>**4161 Piedmont PKWY**<br>**Greensboro, NC 27410** | | J | | Opened  2/16/00  Last Active  7/31/09<br>**Credit card used for business expenses of**<br>**Michael D. Poulos, P.C.** | | | | 49,354.00 |
| Account No. **2772**<br><br>**Bank of America**<br>**Attn:: NC4-105-03-14**<br>**4161 Piedmont PKWY**<br>**Greensboro, NC 27410** | | J | | Opened  9/21/88  Last Active  7/31/09<br>**Credit card used for business expenses of**<br>**Michael D. Poulos, P.C.** | | | | 31,322.00 |
| Account No. **2527**<br><br>**Bank of America**<br>**Attn:: NC4-105-03-14**<br>**4161 Piedmont PKWY**<br>**Greensboro, NC 27410** | | J | | Opened  6/29/00  Last Active  7/31/09<br>**Credit card used for business expenses of**<br>**Michael D. Poulos, P.C.** | | | | 11,812.00 |
| Account No. **8087**<br><br>**Bank of America**<br>**Attn:: NC4-105-03-14**<br>**4161 Piedmont PKWY**<br>**Greensboro, NC 27410** | | J | | Opened  9/03/03  Last Active  7/31/09<br>**Credit card used for personal expenses** | | | | 2,697.00 |
| Account No. **xxxxxxxxx3964**<br><br>**Beneficial/Hfc**<br>**Attn: Bankruptcy Department**<br>**PO Box 3425**<br>**Buffalo, NY 14240** | | H | | Opened 12/19/08  Last Active  5/07/09<br>**Check credit or line of credit used for**<br>**business expenses of Michael D. Poulos, P.C.** | | | | 14,752.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,937.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Suzanne M Poulos,**
**Michael D Poulos**

Case No. _____

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx9016** | | W | | **Opened 4/29/94 Last Active 10/01/09** **Credit card used for business expenses of** **Michael D. Poulos, P.C.** | | | | |
| **Chase** **Attn: Bankruptcy Department** **P.O. Box 15145** **Wilmington, DE 19850** | | | | | | | | 11,788.00 |
| Account No. **xxxxxxxx1071** | | W | | **Opened 9/18/84 Last Active 11/01/09** **Credit card used for business expenses of** **Michael D. Poulos, P.C.** | | | | |
| **Chase** **Attn: Bankruptcy Department** **P.O. Box 15145** **Wilmington, DE 19850** | | | | | | | | 9,722.00 |
| Account No. **xxxxxxxx7585** | | W | | **Opened 3/30/99 Last Active 11/01/09** **Credit card used for business expenses of** **Michael D. Poulos, P.C.** | | | | |
| **Chase** **Attn: Bankruptcy Department** **P.O. Box 15145** **Wilmington, DE 19850** | | | | | | | | 8,935.00 |
| Account No. **xxxxxxxx1129** | | J | | **Opened 4/01/84 Last Active 10/27/09** **Credit card used for personal expenses** | | | | |
| **Citi** **Po Box 6241** **Sioux Falls, SD 57117** | | | | | | | | 22,731.00 |
| Account No. **xxxxJG38** | | H | | **Opened 12/08 Last Active 4/01/09** **Debt incurred for business** **purpose-subscription to Stores Online service** | | | | |
| **Duvera Billing Servi (Original Cred** **1910 Palomar Oaks Way, Ste 101** **Carlsbad, CA 92008** | | | | | | | | 7,540.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,716.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Suzanne M Poulos,**
      **Michael D Poulos,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7492**  Elan Financial Service 777 E Wisconsin Ave Milwaukee, WI 53202 | | J | **Opened 12/01/76 Current** **Credit card used for business expenses of Michael D. Poulos, P.C.** | | | | 7,747.00 |
| Account No. **xxxxxxxxxxxx5432**  Elan Financial Service 777 E Wisconsin Ave Milwaukee, WI 53202 | | J | **Opened 8/01/78 Current** **Credit card used for personal expenses** | | | | 6,284.00 |
| Account No. **101**  First Bank & Trust Evanston Attention Randy Usen 820 Church Street Evanston, IL 60201 | | J | **Opened 7/01/97 Current** **Check credit or line of credit used for personal expenses** | | | | 1,905.00 |
| Account No. **xxxxxxx-9004**  First Bank & Trust Evanston Attention Randy Usen 820 Church Street Evanston, IL 60201 | X | J | **2003** **Personal guarantee on business loan** | | | | 7,694.00 |
| Account No. **xxxxxxxxxxxx0199**  Harris N.A. c/o Howard & Howard Attention Daniel S. Rubin 200 S. Michigan Ave, Ste. 1100 Chicago, IL 60604-2401 | X | J | **11/2006** **Business loan** **Subject to setoff.** | | | X | 28,035.00 |

Sheet no. __3___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,665.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suzanne M Poulos,**
**Michael D Poulos,**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **334** | | | | **11/2009 to present** | | | | |
| **Imperial Realty Company** **Attention Steve Freeman** **4747 West Peterson** **Chicago, IL 60646** | X | H | | **Personal guarantee on business office rent, taxes, water, and interest** | | | | |
| | | | | | | | | **31,487.00** |
| Account No. **xxxxxxx6412** | | | | **Opened 2/01/94 Last Active 9/29/09** | | | | |
| **LVNV Funding LLC** **Po Box 6241** **Sioux Falls, SD 57117** | | J | | **Credit card used for business expenses of Michael D. Poulos, P.C.** | | | | |
| | | | | | | | | **44,986.00** |
| Account No. **xxxxxxxx3620** | | | | **Opened 7/01/84 Current** | | | | |
| **Macysdsnb** **911 Duke Blvd** **Mason, OH 45040** | | J | | **Charge account used for personal expenses** | | | | |
| | | | | | | | | **1,411.00** |
| Account No. **xxxxx3245** | | | | **Opened 6/30/95 Current** | | | | |
| **Nordstrom Fsb** **Po Box 6555** **Englewood, CO 80155** | | J | | **Charge account used for personal expenses** | | | | |
| | | | | | | | | **2,127.00** |
| Account No. **xxxxx9133** | | | | **12/2/2010** | | | | |
| **NorthShore University Health Med Gp** **9532 Eagle Way** **Chicago, IL 60678** | | J | | **Medical services** | | | | |
| | | | | | | | | **128.00** |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,139.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Suzanne M Poulos,**
       **Michael D Poulos,**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5118**<br><br>NorthShore University HealthSystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | | J | March 29, 2010<br>Medical services | | | | 1,612.00 |
| Account No. **xxxx7239**<br><br>NorthShore University HealthSystem<br>23056 Network Place<br>Chicago, IL 60673-1230 | | J | 12/2/2010<br>Medical services | | | | 780.00 |
| Account No. **x8644**<br><br>Radiation Medicine Institute<br>9818 Eagle Way<br>Chicago, IL 60678-1098 | | J | 12/2/2010<br>Medical services | | | | 69.00 |
| Account No. **xxxxxxxxxxxx2235**<br><br>Thd/Cbsd<br>Attn: Bkrtcy Dept; Private Lbl BK<br>P.O. Box 20483<br>Kansas City, MO 64195 | | W | Opened 11/09/08 Last Active 8/31/09<br>Charge account used for personal expenses | | | | 2,744.00 |
| Account No. **xxxxxxxxxxx6902**<br><br>Torreypbk<br>Services Dba Torrey Pines Bank<br>Wilmington, DE 19801-1216 | | J | Opened 1/01/09 Last Active 1/11<br>Credit card used for business expenses of Michael D. Poulos, P.C. | | | | 11,038.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      16,243.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Suzanne M Poulos,**
        **Michael D Poulos**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx1.001**  **West Publishing Corporation c/o Moss and Barnett 90 S. 7th Street Minneapolis, MN 55402** | X | H | | **March 2009 Personal guarantee on business services - Westlaw** | | | | **1,408.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,408.00** |
| | Total (Report on Summary of Schedules) | **354,365.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Suzanne M Poulos,**
      **Michael D Poulos**
                                                                    Case No. _____

—————————————————————————————,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **Future employment contract for Michael D. Poulos.** |
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **Future employment contract for Suzanne M. Poulos** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Suzanne M Poulos,**                                                  Case No. _____
      **Michael D Poulos**
_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **Harris N.A. c/o Howard & Howard**<br>**Attention Daniel S. Rubin**<br>**200 S. Michigan Ave, Ste. 1100**<br>**Chicago, IL 60604-2401** |
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **West Publishing Corporation**<br>**c/o Moss and Barnett**<br>**90 S. 7th Street**<br>**Minneapolis, MN 55402** |
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **First Bank & Trust Evanston**<br>**Attention Randy Usen**<br>**820 Church Street**<br>**Evanston, IL 60201** |
| **Michael D. Poulos, P.C.**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** |
| **Poulos Management Corporation**<br>**1724 Sherman Avenue**<br>**Evanston, IL 60201** | **Imperial Realty Company**<br>**Attention Steve Freeman**<br>**4747 West Peterson**<br>**Chicago, IL 60646** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    **Suzanne M Poulos**
**Michael D Poulos**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **legal secretary** | **lawyer** |
| Name of Employer | **Michael D. Poulos, P.C.** | **Michael D. Poulos, P.C.** |
| How long employed | **30 years** | **30 years** |
| Address of Employer | **1724 Sherman Avenue<br>Suite 201<br>Evanston, IL 60201-5607** | **1724 Sherman Avenue<br>Suite 201<br>Evanston, IL 60201-5607** |

**\*See Attachment for Additional Employment Information**

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $    0.00 | $    0.00 |
| 2. Estimate monthly overtime | $    0.00 | $    0.00 |
| 3. SUBTOTAL | $    0.00 | $    0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a.  Payroll taxes and social security | $    0.00 | $    0.00 |
|    b.  Insurance | $    0.00 | $    0.00 |
|    c.  Union dues | $    0.00 | $    0.00 |
|    d.  Other (Specify): | $    0.00 | $    0.00 |
| | $    0.00 | $    0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $    0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $    0.00 | $    0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $    0.00 | $    0.00 |
| 8. Income from real property | $    0.00 | $    0.00 |
| 9. Interest and dividends | $    0.00 | $    0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $    0.00 | $    0.00 |
| 11. Social security or government assistance (Specify): | $    0.00 | $    0.00 |
| | $    0.00 | $    0.00 |
| 12. Pension or retirement income | $    0.00 | $    0.00 |
| 13. Other monthly income (Specify):    **Uncategorized Income from Law Practice** | $    4,664.00 | $    4,664.00 |
| | $    0.00 | $    0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    4,664.00 | $    4,664.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $    4,664.00 | $    4,664.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $    9,328.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Business income is unpredictable and irregular. Increases or decreases are possible.**

**B6I (Official Form 6I) (12/07)**

In re   **Suzanne M Poulos**
      **Michael D Poulos**
                Debtor(s)
                Case No.

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Legal Secretary** |
| Name of Employer | **Michael D. Poulos, P.C.** |
| How long employed | **31 years** |
| Address of Employer | **1724 Sherman Avenue** **Evanston, IL 60201** |

| Spouse | |
|---|---|
| Occupation | **Lawyer** |
| Name of Employer | **Michael D. Poulos, P.C.** |
| How long employed | **31 years** |
| Address of Employer | **1724 Sherman Avenue** **Evanston, IL 60201** |

B6J (Official Form 6J) (12/07)

In re   **Suzanne M Poulos**
**Michael D Poulos**                                                    Case No.
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,349.00 |
| a. Are real estate taxes included?  Yes **X**   No ___ | | |
| b. Is property insurance included?  Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,095.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 270.00 |
| 6. Laundry and dry cleaning | $ | 62.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 10.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 600.00 |
| 10. Charitable contributions | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 85.00 |
| b. Life | $ | 669.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 194.00 |
| e. Other   **Disability** | $ | 17.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **See Detailed Expense Attachment** | $ | 2,064.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,781.00 |
| b. Other   **401(k) Loan Repayment** | $ | 1,612.00 |
| c. Other   **Springleaf** | $ | 204.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $    12,782.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 9,328.00 |
| b.   Average monthly expenses from Line 18 above | $ | 12,782.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,454.00 |

B6J (Official Form 6J) (12/07)

In re    **Suzanne M Poulos**
         **Michael D Poulos**
_____    Case No.    _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| **IRS Installment Agreement** | $ | **50.00** |
| **Projected withholding tax** | $ | **2,014.00** |
| **Total Tax Expenditures** | $ | **2,064.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Suzanne M Poulos**
      **Michael D Poulos**

Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **29**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 29, 2011**        Signature    **/s/ Suzanne M Poulos**
                                                **Suzanne M Poulos**
                                                Debtor

Date   **July 29, 2011**        Signature    **/s/ Michael D Poulos**
                                                **Michael D Poulos**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Suzanne M Poulos**
       **Michael D Poulos**                                Case No.

                                           Debtor(s)              Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,984.00 | **2011 distributions paid by Poulos Management Group, Inc. (J)** |
| $39,360.00 | **2011 draws paid by Michael D. Poulos, P.C. not yet allocated (approximate) (J)** |
| $13,743.00 | **2011 shareholder loan repayments paid by Michael D. Poulos, P.C. (J)** |
| $84,754.00 | **2010 shareholder loan repayments paid by Michael D. Poulos, P.C. (J)** |
| $498.00 | **2010 interest on shareholder loan paid by Michael D. Poulos, P.C. (J)** |
| $53.00 | **2010 interest on shareholder loan paid by Poulos Management Group Inc. (J)** |
| $9,300.00 | **2010 fee paid by Michael D. Poulos, P.C. for credit guarantee (J)** |
| $9,300.00 | **2009 fee paid by Michael D. Poulos, P.C. for credit guarantee (J)** |
| $1,128.00 | **2009 distributions paid by Poulos Management Group, Inc. (J)** |

| AMOUNT | SOURCE |
|---|---|
| **$304.00** | **2009 interest on shareholder loan paid to by Michael D. Poulos, P.C. (J)** |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$53,011.24** | **2009 and 2010 Liquidation of investments Edward Jones (gross proceeds) (J)** |
| **$650.00** | **2010 approximately $600 from the sale of 8 shares of Occidental Petroleum and $50 from the sale of a savings bond (H)** |
| **$26.00** | **2009 dividends from life insurandce (J)** |
| **$8.00** | **2009 dividends from investments (M)** |
| **$387.00** | **2009 interest from life insurance (J)** |
| **$2,850.00** | **2009 gifts from John and Lorna Poulos (J)** |
| **$300.00** | **2009 premiums for opening checking accounts from Chase (J)** |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **American Express v. Michael Poulos, 2011 M1 126161** | **Collection lawsuit, amount claimed $4,758.32** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **No service** |
| **Citibank SO Dakota v. Michael D. Poulos, 2010 M1 166986** | **Collection suit, amount claimed $22,731.28** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **Dismissed without prejudice** |
| **Citibank (South Dakota) NA v. Suzanne M. Poulos, 10 M1 136083** | **Collection lawsuit, amount claimed $2,744.90** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **Dismissed without prejudice** |
| **Chase Bank USA, NA v. Suzanne Poulos, 10 M1 127179** | **Collection lawsuit, amount claimed $30,446.16** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **Dismissed without prejudice** |
| **Harris NA v. Michael D. Poulos, P.C., Michael D. Poulos, and Suzanne M. Poulos, 2009 M1 204554** | **Collection lawsuit, amount claimed $11,697.02** | **Circuit Court of Cook County, Illinois, 1st Municipal District** | **In discovery.** |
| **Wells Fargo Bank NA as trustee for RMCA REMIC Trust v. Poulos, 2010 CH 23905** | **Mortgage foreclosure** | **Circuit Court of Cook County, Illinois, Chancery** | **Pending.** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Ripon College**<br>**300 Seward Street**<br>**P. O. Box 248**<br>**Ripon, WI 54971** | **alma mater** | **6/28/11** | **annual fund contribution**<br>**$250** |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Allen Debt Counseling**<br>**PO Box 195**<br>**Wessington, SD 57381** | **July 24, 2011** | **$50** |
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 South LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **July 27, 2011** | **$2,799 representing $2,500 legal fee and $299 filing fee.** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **First Bank & Trust Evanston Attention Randy Usen 820 Church Street Evanston, IL 60201** | **The debtors. Box in the name of Michael D. Poulos, P.C.** | **Primarily client documents such as wills. Also, personal records, and non-financial documents.** | |

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Clients of Michael D. Poulos, P.C.** | **Funds held in Michael D. Poulos, P.C. Trust Account on behalf of clients of Michael D. Poulos, P.C. Debtors have signature authority over the account** | **IOLTA Checking Account at First Bank & Trust Evanston. These funds are not property of the debtors or any corporation controlled by debtors.** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Michael D. Poulos, P.C.** | 36-3183882 | **1724 Sherman Avenue Suite 201 Evanston, IL 60201-5607** | **Law practice** | **October 31, 1980 to present** |
| **Radio Earth International, Inc.** | 36-3163735 | **1724 Sherman Avenue Evanston, IL 60201-5607** | **Production of a radio program-not currently in production** | **1983 to present** |
| **Title Insurance National Information Exc** | 20-3610470 | **1724 Sherman Avenue Evanston, IL 60201-5607** | **Development of a mortgage fraud prevention program** | **October, 2005 to present** |
| **Lawyers Software Cooperative, LLC** | 20-1281199 | | **Development of time and billing software** | **2006 to present** |
| **Poulos Management Corporation** | 26-2909783 | **1724 Sherman Avenue Evanston, IL 60201-5607** | **Rental of office space and subleasing the space with the addition of furniture and equipment to Michael D. Poulos, P.C.** | **January 1, 2010 to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                            DATES SERVICES RENDERED

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **National City Mortgage**<br>**3232 Newmark Drive**<br>**Miamisburg, OH 45342** | **September, 2009** |
| **Quantum Servicing Corp**<br>**2 Corporate Dr**<br>**Shelton, CT 06484** | **February, 2010** |
| **Harris N.A. c/o Howard & Howard**<br>**Attention Daniel S. Rubin**<br>**200 S. Michigan Ave, Ste. 1100**<br>**Chicago, IL 60604-2401** | **March, 2011, August 2009** |
| **First Bank & Trust Evanston**<br>**Attention Randy Usen**<br>**820 Church Street**<br>**Evanston, IL 60201** | **April, 2010** |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|
| **December 8, 2010** | **Curtis Tate** | **$23,800, appraisal of personal property belonging to debtors, Poulos Management Corporation, Inc., and Michael D. Poulos, P.C.** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| **December 8, 2010** | **Michael and Suzanne Poulos**<br>**1416 Hinman Avenue**<br>**Evanston, IL 60201** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22 . Former partners, officers, directors and shareholders

None ■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 29, 2011**

Signature  **/s/ Suzanne M Poulos**

**Suzanne M Poulos**
Debtor

Date  **July 29, 2011**

Signature  **/s/ Michael D Poulos**

**Michael D Poulos**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Suzanne M Poulos**
       **Michael D Poulos**

Case No. _____

Debtor(s)      Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** <br> **1416 Hinman Ave. Condominium Assoc.** | **Describe Property Securing Debt:** <br> **1416 Hinman Avenue Unit 10, Evanston IL 60201-5310** <br> **This unit is occupied together with Unit 9 as a single residence.** <br> **Valued per Zillow which is consistent with recent sales in the building.** |
| --- | --- |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** <br> **1416 Hinman Ave. Condominium Assoc.** | **Describe Property Securing Debt:** <br> **1416 Hinman Avenue Unit 9, Evanston IL 60201-5310** <br> **This unit is occupied together with Unit 10 as a single residence.** <br> **Valued per Zillow which is consistent with recent sales in the building.** <br> **(This property was originally purchased for inv** |
| --- | --- |

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt        ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**BAC Home Loans Servicing** | **Describe Property Securing Debt:**<br>**1416 Hinman Avenue Unit 9, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 10 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.**<br>**(This property was originally purchased for inv** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**GMAC Mtg** | **Describe Property Securing Debt:**<br>**1416 Hinman Avenue Unit 9, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 10 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.**<br>**(This property was originally purchased for inv** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Harris N.A.** | **Describe Property Securing Debt:**<br>**1416 Hinman Avenue Unit 10, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 9 as a single residence.**<br>**Valued per Zillow which is consistent with recent sales in the building.** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C. 401(k) Plan** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C. 401(k) Plan** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page 4

---

| Property No. 8 | |
| --- | --- |
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 9 | |
| --- | --- |
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

| Property No. 10 | |
| --- | --- |
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)

---

**Property No. 11**

| | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
- ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

---

**Property No. 12**

| | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
- ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

---

**Property No. 13**

| | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
- ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 14 | |
|---|---|
| **Creditor's Name:**<br>**Michael D. Poulos, P.C. 401(k) Plan** | **Describe Property Securing Debt:**<br>**Michael D. Poulos, P.C.401(k) Plan** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 15 | |
|---|---|
| **Creditor's Name:**<br>**Porsche Financial Srvc** | **Describe Property Securing Debt:**<br>**Automobile** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 16 | |
|---|---|
| **Creditor's Name:**<br>**Quantum Servicing Corp** | **Describe Property Securing Debt:**<br>**1416 Hinman Avenue Unit 10, Evanston IL 60201-5310**<br>**This unit is occupied together with Unit 9 as a single**<br>**residence.**<br>**Valued per Zillow which is consistent with recent sales in the**<br>**building.** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  **Validity of lien is disputed**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 7

| Property No. 17 | |
|---|---|
| **Creditor's Name:**<br>**Springleaf Financial Services** | **Describe Property Securing Debt:**<br>**Charge account used for purchase of consumer goods** |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

B8 (Form 8) (12/08)                                                                                    Page 8

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **July 29, 2011**                                    Signature   **/s/ Suzanne M Poulos**

                                                                        **Suzanne M Poulos**
                                                                        Debtor


Date   **July 29, 2011**                                    Signature   **/s/ Michael D Poulos**

                                                                        **Michael D Poulos**
                                                                        Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Suzanne M Poulos**
      **Michael D Poulos**

                              Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept .......................................................... $       **2,799.00**

      Prior to the filing of this statement I have received ........................................ $       **2,799.00**

      Balance Due ...................................................................................................... $       **0.00**

2.   $   **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor       □ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor       □ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **July 29, 2011**

      **/s/ EUGENE CRANE**
      **EUGENE CRANE**
      **Crane, Heyman, Simon, Welch & Clar**
      **Suite 3705**
      **135 South LaSalle Street**
      **Chicago, IL 60603-4297**
      **312-641-6777  Fax: 312-641-7114**

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
GLENN R. HEYMAN
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

July 27, 2011

LANDON L. CHAPMAN (1930-1979)

Michael and Suzanne Poulos
1416 Hinman Ave., Unit 9/10
Evanston, IL 60201

Re:    Michael and Suzanne Poulos, Chapter 7 Bankruptcy Case

Dear Mr. And Mrs. Poulos:

This letter is sent to confirm the agreement reached with you concerning the retention of the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSW&C") for purposes of the filing of a Chapter 7 bankruptcy case on your behalf. After review of this letter, please sign on the signature lines provided, acknowledging your understanding of the terms of our retention, and return the original to our office.

You have agreed to pay the sum of $2,799 as an advance payment retainer for this engagement. In consideration of the payment of this retainer, CHSW&C agrees to provide legal services on your behalf in connection with the matters for which CHSW&C has been retained.

The retainer will represent a fixed fee, unless you request our services with respect to actions filed against you objecting to either your discharge or the dischargeability of a particular debt, in which case you will be billed against the retainer at my usual hourly rate of $485.00 per hour, or at such hourly rate which is in effect at a later date.

This retainer is non-refundable and was treated as income by CHSW&C upon its receipt. You retain no legal or equitable interest in the retainer.

For your information the current hourly rates for CHSW&C are as follows:

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Michael and Suzanne Poulos
July 27, 2011
Page 2

Eugene Crane.....................$485
Glenn R. Heyman............... $485
Arthur G. Simon................. $450
David K. Welch.................. $450
Scott R. Clar....................... $450
Jeffrey C. Dan.....................$375
John H. Redfield.................$360

The above hourly rates are subject to change on January 1 of each year.

Thank you for the opportunity to be of service to you.  We look forward to a successful relationship.  Of course, should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: _____
       Eugene Crane

EC/mjo
Encl.


**AGREED, ACCEPTED AND UNDERSTOOD:**

By: _____
       Suzanne M. Poulos

By: _____
       Michael D. Poulos

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Suzanne M Poulos**
**Michael D Poulos**
_____
Debtor(s)

Case No.
Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Suzanne M Poulos**
**Michael D Poulos**
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

X **/s/ Suzanne M Poulos**                     **July 29, 2011**
Signature of Debtor                          Date

X **/s/ Michael D Poulos**                     **July 29, 2011**
Signature of Joint Debtor (if any)           Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Suzanne M Poulos**
  **Michael D Poulos**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:      **52**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 29, 2011**

**/s/ Suzanne M Poulos**
**Suzanne M Poulos**
Signature of Debtor

Date:   **July 29, 2011**

**/s/ Michael D Poulos**
**Michael D Poulos**
Signature of Debtor

1416 Hinman Ave. Condominium Assoc.
c/o Elizabeth Silverstein
1416 Hinman Avenue
Evanston, IL 60201
.

Amex
Attn: Bankruptcy Department
P.O. Box 3001
Malvern, PA 19355

Amex Business Capital Line
P. O. Box 981535
El Paso, TX 79998-1535

Amex c/o Blitt & Gaines, P.C.
Attn: Bankruptcy 661 Glenn Ave
Wheeling, IL 60090

Armor Systems Co.
1700 Kiefer Drive, Suite 1
Zion, IL 60099

Asset Acceptance, LLC
P.O. Box
Warren, MI 48090

Associated Recovery Systems
P.O. Box 469046
Escondido, CA 92046-0765

B.J.R. Systems
28839 N. Nagel Court, Unit 2
Lake Bluff, IL 60044

BAC Home Loans Servicing
450 American St
Simi Valley, CA 93065

Bank of America
Attn:: NC4-105-03-14
4161 Piedmont PKWY
Greensboro, NC 27410

Beneficial/HH
Attn Bankruptcy Department
PO Box 3425
Buffalo, NY 14240

Blatt Hasenmiller Liebsker & Moore
125 South Wacker, Suite 400
Chicago, IL 60606

CBE Group
1309 Technology Pkwy
Cedar Falls, IA 50613

Chase
Attn: Bankruptcy Department
P.O. Box 15145
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Client Services
3451 Harry S. Truman Blvd.
St. Charles, MO 63301

Codilis & Associates, P.C.
15 W 030 North Frontage Road
Suite 100
Burr Ridge, IL 60527

Duvera Billing Servi (Original Cred
1910 Palomar Oaks Way, Ste 101
Carlsbad, CA 92008

Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202

Financial Asset Management Systems
P.O. Box 451409
Atlanta, GA 31145-9409

First Bank of Trust Evanston
Attention Randy Usen
820 Church Street
Evanston, IL 60201

Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228

GMAC Mtg
3451 Hammond Ave
Waterloo, IA 50702-5345

Harris N.A.
P.O. Box 94034
Palatine, IL 60094

Harris N.A. c/o Howard & Howard
Attention Daniel S. Rubin
200 S. Michigan Ave, Ste. 1100
Chicago, IL 60604-2401

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0337

Imergent
754 E. Technology
Orem, UT 84097

Imperial Realty Company
Attention Steve Freeman
4747 West Peterson
Chicago, IL 60646

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

LVNV Funding LLC
Po Box 6241
Sioux Falls, SD 57117

Macysdsnb
911 Duke Blvd
Mason, OH 45040

NorthShore University Health System
2650 Network Place
Chicago, IL 60673-1230

Viking Collection Service, Inc.
P.O. Box 59207
Minneapolis, MN 55459-0207

Management Services, Inc.
P. O. Box 1099
Langhorne, PA 19047

Palomar Associates
PO Box 2549
Carlsbad, CA 92018-2549

West Publishing Corporation
c/o Moss and Barnett
90 S. 7th Street
Minneapolis, MN 55402

Michael D. Fine, Attorney
131 S. Dearborn
Chicago, IL 60603

Porsche Financial Srvc
4343 Commerce Ct Ste 214
Lisle, IL 60532

Michael D. Poulos, P.C.
1724 Sherman Avenue
Evanston, IL 60201

Poulos Management Corporation
1724 Sherman Avenue
Evanston, IL 60201

Michael D. Poulos, P.C. 401(k) Plan
1724 Sherman Avenue
Evanston, IL 60201

Quantum Servicing Corp
2 Corporate Dr
Shelton, CT 06484

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442

Radiation Medicine Institute
9818 Eagle Way
Chicago, IL 60678-1098

Nationwide Credit
2015 Vaughn Road NW
Suite 400
Kennesaw, GA 30144

Springleaf Financial Services
2 Crystal Lake Plaza
Suite B
Crystal Lake, IL 60014

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

Thd/Cbsd
Attn: Bkrtcy Dept; Private Lbl BK
P.O. Box 20483
Kansas City, MO 64195

Nordstrom Fsb
Po Box 6555
Englewood, CO 80155

Torreypbk
Services Dba Torrey Pines Bank
Wilmington, DE 19801-1216

NorthShore University Health Med Gp
9532 Eagle Way
Chicago, IL 60678

Universal Account Servicing
PO Box 147
Saint Joseph, MO 64502